IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUNT OPTICS & IMAGING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 10-503 |
| | ) | |
| v. | ) | Magistrate Judge Cathy Bissoon |
| | ) | |
| DAVID M. GREENE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER EXTENDING DEADLINE TO SHOW CAUSE

On May 24, 2010, the Court issued upon Defendant David M. Greene an Order to Show Cause, by June 4, 2010, why Plaintiff's Motion (Doc. 6) for the Entry of Default Judgment and a Permanent Injunction should not be granted. *See* Doc. 7. On June 10, 2010, the undersigned's Chambers received, via UPS delivery, a letter from Defendant dated June 9, 2010. *See* June 9th Ltr. (attached as Appendix hereto). In the letter, Defendant explains his efforts to retain counsel, his views regarding this litigation, and he requests that the case be "moved to Alabama." *See id.* at un-numbered pg. 2.

In responding to an Order, or seeking affirmative relief from the Court, Defendant must file his response/motion with the Clerk of Court, rather than sending letters to judges' chambers. *See* Fed. R. Civ. P. 5(d)(1)-(2); *see also* Brown v. LaSalle Northwest Nat'l Bank, 148 F.R.D. 584, 585 n.2 (N.D. Ill. 1993) (generally, "[i]t is inappropriate to [address] issues through letters sent to a judge's chambers, and not filed with the Clerk of the Court"). In addition, Defendant must serve upon Plaintiff a copy of every filing submitted for consideration by the Court, and he must include on the originally filed document a certificate stating the date that the document was mailed to Defendant ("certificate of service"). In the future, any document sent by Defendant

that has not been filed with the Clerk of Court, or which fails to include a certificate of service, will be disregarded by the Court.

Information regarding how to file documents with the Clerk of Court may be obtained through the Court's website, at: http://www.pawd.uscourts.gov/. Plaintiff may, but is not required to, file documents electronically through the Court's CM/ECF system. For further instructions, *see* the webpage: http://www.pawd.uscourts.gov/Pages/cmecf.htm. Otherwise, Defendant may mail his submissions to the Clerk's Office, which will file them on his behalf. For further instructions on mailing submissions, Defendant may contact the Clerk's Office at 412-208-7500 or 1-866-266-2983.

Should Defendant wish to be referred to a lawyer in Pittsburgh, Pennsylvania, he can contact the Allegheny County Bar Association's Lawyer Referral Service, see website at: http://www.acbalrs.org/. If, for whatever reason, Defendant cannot retain a lawyer, he must proceed with this litigation "pro se" (*i.e.*, represent himself). Should this be the case, it is the Court's expectation that Defendant will comply with all Court orders, deadlines, practices and procedures.

Consistent with the instructions above, Defendant's deadline for complying with the Show Cause Order dated May 24, 2010 (Doc. 7) is hereby extended until **June 25, 2010**. Defendant's response shall be <u>filed</u> (not mailed to the Clerk) by that date. Defendant is further advised that his failure to timely comply with this Order, or to show good cause why Plaintiff's Motion (Doc. 6) should not be granted, may result in the entry of default judgment and/or a permanent injunction against him.

IT IS SO ORDERED.


June 10, 2010                                    s\Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States Magistrate Judge

cc (via First-Class U.S. Mail):

David M. Greene
1929 Shady Woods Drive
Hoover, Alabama  35244


cc (via email):

David M. Greene at:   mgreene@vashaw.com


cc (via CM/ECF):

Christopher W. Cahillane, Esq.